Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−22635−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hector Julio Tavarez Sosa
   dba Tavarez Supply LLC
   525 Washington Ave − 2nd Floor
   Linden, NJ 07036

Social Security No.:
   xxx−xx−6374

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/27/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 27, 2026
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-22635-SLM

Hector Julio Tavarez Sosa                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                    Page 1 of 3
Date Rcvd: Feb 27, 2026                       Form ID: 148                          Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hector Julio Tavarez Sosa, 525 Washington Ave - 2nd Floor, Linden, NJ 07036-2966 |
| 520901343 | + | Antonia Lora Ortiz, 525 Washington Ave - 2nd Floor, Linden, NJ 07036-2966 |
| 520901348 | + | Credit Control, LLC (American Honda Fin), 3330 Rider Trail S Suite500, Earth City, MO 63045-1300 |
| 520901351 | | Faloni Law Group LLC, 425 Rock Ave - Ste 404, Roseland, NJ 07068 |
| 520901352 | + | Hector Armando Tavarez Perez, 525 Washington Ave - 1st Floor, Linden, NJ 07036-2966 |
| 520901354 | + | ISN Corporation (HUD), 200 N Classen Blvd - Suite 3200, Oklahoma City, OK 73106-7627 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 27 2026 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 27 2026 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520913030 | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 27 2026 20:54:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520941653 | Email/PDF: bncnotices@becket-lee.com | Feb 27 2026 21:00:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520901342 | Email/PDF: bncnotices@becket-lee.com | Feb 27 2026 21:00:26 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520901344 | EDI: TSYS2 | Feb 28 2026 01:37:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520901345 | EDI: CAPITALONE.COM | Feb 28 2026 01:37:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520901346 | EDI: CITICORP | Feb 28 2026 01:37:00 | Citibank N A, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 520922825 | EDI: CITICORP | Feb 28 2026 01:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520901347 | EDI: CITICORP | Feb 28 2026 01:37:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520901349 | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2026 21:00:25 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520901350 | EDI: DISCOVER | Feb 28 2026 01:37:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520901353 | EDI: IRS.COM | Feb 28 2026 01:37:00 | Internal Revenue Service Center, Centralized Insolvency Operation PO Box, Philadelphia, PA 19101-7346 |
| 520940674 | EDI: JEFFERSONCAP.COM | Feb 28 2026 01:37:00 | Jefferson Capital Systems LLC, PO Box 7999, St. |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud, MN 56302-9617 |
| 520930696 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 27 2026 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520901355 | | EDI: JPMORGANCHASE | Feb 28 2026 01:37:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520901356 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2026 21:00:27 | LVNV Funding LLC, Resurgent Capital Servicess LP, 55 Beatie Pl STE 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 520908368 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2026 21:00:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520901357 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2026 21:00:31 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520962272 | + | EDI: AISMIDFIRST | Feb 28 2026 01:37:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520901358 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2026 20:54:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520949541 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2026 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520901359 | | EDI: AISMIDFIRST | Feb 28 2026 01:37:00 | Midland Mtg/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520927966 | | EDI: PRA.COM | Feb 28 2026 01:37:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520901360 | | EDI: PRA.COM | Feb 28 2026 01:37:00 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520901361 | + | Email/Text: bankruptcynotices@sba.gov | Feb 27 2026 20:54:00 | U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 520915358 | + | Email/Text: bankruptcynotices@sba.gov | Feb 27 2026 20:54:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520905299 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 27 2026 21:00:32 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520901362 | | Email/Text: BKRMailOps@weltman.com | Feb 27 2026 20:54:00 | Weltman, Weinberg & Reis Co, LPA, 3705 Marlane Dr, Grove City, OH 43123-8895 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2                          User: admin                                    Page 3 of 3
Date Rcvd: Feb 27, 2026                       Form ID: 148                                    Total Noticed: 35

Date: Mar 01, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Juan C Velasco | on behalf of Debtor Hector Julio Tavarez Sosa bankruptcy@velascolaw.com  velasco.juanb128014@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4